IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TAFFALENA LEANN HARVILL, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:19-cv-00011-O-BP |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 22), issued on February 26, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **AFFIRMS** the Commissioner of Social Security's finding that Plaintiff Taffalena Leann Harvill is not disabled.

**SO ORDERED** on this **12th day** of **March, 2020**.

_/s/ Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1